**RIMAC & MARTIN**
A Professional Corporation
JOSEPH M. RIMAC, ESQ. - SBN 72381
ANNA M. MARTIN, ESQ. - SBN 154279
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile:  (415) 561-8430

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# E-FILED

| | |
|---|---|
| JANET SHALWITZ,                              ) | CASE NO. **CV 08 3672** |
|                          Plaintiff,           ) | |
|          vs.                                  ) | **DEFENDANT UNUM LIFE** |
|                                               ) | **INSURANCE COMPANY OF** |
| HEALTH INITIATIVES FOR YOUTH,                 ) | **AMERICA'S DECLINATION TO** |
| RELIANCE STANDARD LIFE INSURANCE ) | **PROCEED BEFORE A UNITED** |
| COMPANY, UNUM LIFE INSURANCE                  ) | **STATES MAGISTRATE JUDGE** |
| COMPANY OF AMERICA, and DOES 1                ) | |
| through 20.                                   ) | |
|                                               ) | |
|                          Defendants.          | |

**TO THE HONORABLE COURT AND THE INTERESTED PARTIES HERETO:**

　　　　NOTICE IS HEREBY GIVEN that defendants UNUM LIFE INSURANCE COMPANY

OF AMERICA respectfully decline to proceed before a U.S. Magistrate Judge in this proceeding

and request the matter be assigned to an United States District Court Judge.

　　　　　　　　　　　　　　　　RIMAC & MARTIN, P.C.


DATED:  August 21, 2008          By:    /s/
                                        ANNA M. MARTIN
                                        Attorneys for Defendants
                                        UNUM LIFE INSURANCE COMPANY OF
                                        AMERICA