1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7  SHALWITZ,                                              No.  C 08-3672 WDB

8                  Plaintiff,                             NOTICE OF IMPENDING
                                                          REASSIGNMENT TO A UNITED
9          v.                                             STATES DISTRICT COURT
                                                          JUDGE
10
   HEALTH INITIATIVES FOR
11 YOUTH, et al.

12                 Defendants.
   _____/
13

14         The Clerk of this Court will now randomly reassign this case to a United States District

15 Judge because one or more of the parties has requested reassignment to a United States District

16 Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case

17 management conference set for November 13, 2008, at 4:00 p.m. is vacated.

18

19 Dated: August 26, 2008                       Richard W. Wieking, Clerk
                                                 United States District Court
20

21                                               *Sarah Weinstein*

22

23                                               By:  SarahWeinstein
                                                      Law Clerk/Deputy Clerk
24

25 G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd

26

27

28