# RIMAC & MARTIN

*A Professional Corporation*
Attorneys at Law
1051 Divisadero Street
San Francisco, CA 94115

ANNA M. MARTIN, ESQ.
CA Bar No. 154279
NV Bar No. 7079

P.O. Box 7085
Incline Village, NV 89452
Tele: (775) 833-2269
Fax:  (775) 833-2279

Telephone (415) 561-8440
Facsimile  (415) 561-8430

annamartin@rimacmartin.com

Please Respond to:
San Francisco office

August 28, 2008

*E-FILING*

The Honorable Phyllis J. Hamilton
Courtroom 3, 17th Floor
U.S. District Court, Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    *Janet Shalwitz v. Health Initiatives for Youth, Reliance Standard Life Insurance Company, Unum Life Insurance Company of America, et al.*
           Northern District of California, Case Number CV 08 3672

Dear Judge Hamilton:

    Defendant Unum Life Insurance Company of America respectfully requests that the Ex Parte Application to Extend Time to Respond to Complaint filed by Unum Life Insurance Company of America and Health Initiatives for Youth, Document Number 6, be withdrawn.

    Should the Court have any questions or comments regarding our request, please do not hesitate to contact the undersigned.

                            Respectfully submitted,

                            Anna M. Martin
                            for Rimac & Martin, P.C.