| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Cary S. Kletter (SNB 210230)<br>KLETTER & PERETZ<br>22 Battery Street, Suite 202<br>San Francisco, CA 94111<br>ATTORNEY FOR (Name): Janet Shalwitz | 415-732-3777 | |

Insert name of court and name of judicial district and branch court, if any:

United States District Court for the Northern District of California

PLAINTIFF/PETITIONER: Janet Shalwitz
DEFENDANT/RESPONDENT: Health Initiatives For Youth, et al.

| REQUEST FOR DISMISSAL<br>☐ Personal Injury, Property Damage, or Wrongful Death<br>  ☐ Motor Vehicle    ☑ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☐ Other (specify): | CASE NUMBER:<br><br>CV 08 3672 |
|---|---|

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

1. **TO THE CLERK:** Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☑ Without prejudice

   b. (1) ☑ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name): _____ on (date): _____
      (4) ☐ Cross-complaint filed by (name): _____ on (date): _____
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☑ Other (specify):* As to Defendant Health Initiatives for Youth ONLY.

Date: 11/12/08

Cary S. Kletter
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ (signed) Cary S. Kletter (SIGNATURE)
Attorney or party without attorney for:
☑ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date: 11/12/08

Cary S. Kletter
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

** If a cross-complaint—or Response (Family Law) seeking affirmative relief—is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

▶ (signed) Cary S. Kletter (SIGNATURE)
Attorney or party without attorney for:
☑ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-complainant

(To be completed by clerk)
3. ☐ Dismissal entered as requested on (date): _____
4. ☐ Dismissal entered on (date): _____ as to only (name): _____
5. ☐ Dismissal **not entered** as requested for the following reasons (specify):

6. ☐ a. Attorney or party without attorney notified on (date): _____
      b. Attorney or party without attorney not notified. Filing party failed to
         ☐ a copy to conform    ☐ means to return conformed copy

Date: _____    Clerk, by _____, Deputy

**IT IS SO ORDERED**
(signed) Judge Phyllis J. Hamilton
11/13/08

Form Adopted by the Judicial Council of California
982(a)(5) [Rev. January 1, 1997]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rules 383, 1233
American LegalNet, Inc. | www.USCourtForms.com