Cary S. Kletter
KLETTER & PERETZ
22 Battery Street, Suite 202
San Francisco, California 94111
Telephone: 415.732.3777
Facsimile:  415.732.3791

Attorney for Plaintiff,
JANET SHALWITZ

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SHALWITZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HEALTH INITIATIVES FOR YOUTH, RELIANCE STANDARD LIFE INSURANCE COMPANY, UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 20.<br><br>　　　　Defendants. | Case No. CV 08 3672<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT RELIANCE STANDARD LIFE INSURANCE COMPANY ONLY** |

PLAINTIFF JANET SHALWITZ requests dismissal with prejudice of DEFENDANT RELIANCE STANDARD LIFE INSURANCE COMPANY. PLAINTIFF JANET SHALWITZ anticipates dismissal of this entire matter in the very near future.

Dated: February 12, 2009                    KLETTER & PERETZ

3/23/09                                    By: /s/ Cary S. Kletter
                                            Cary S. Kletter
                                            Attorney for Plaintiff,
                                            JANET SHALWITZ

*[Stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*

REQUEST FOR DISMISSAL OF DEFENDANT RELIANCE STANDARD LIFE INSURANCE COMPANY

- 1 -