HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222

Attorneys for Defendant RELIANCE
STANDARD LIFE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SHALWITZ, | CASE NO. 3:08-cv-03672-PJH |
| Plaintiff, | The Hon. Phyllis J. Hamilton<br>Courtroom 3 |
| v. | **STIPULATION AND ORDER** |
| HEALTH INITIATIVES FOR YOUTH, RELIANCE STANDARD LIFE INSURANCE COMPANY, UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 20., | **DISMISSING COMPLAINT WITH PREJUDICE** |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

*HARRINGTON, FOXX, DUBROW & CANTER, LLP*
*1055 WEST SEVENTH STREET, 29TH FLOOR*
*LOS ANGELES, CALIFORNIA 90017-2547*
*TELEPHONE (213) 489-3222*

Plaintiff JANET SHALWITZ, defendant RELIANCE STANDARD LIFE INSURANCE COMPANY and defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their respective attorneys of record, hereby stipulate and agree that this action shall be dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

DATED: March 23, 2009          HARRINGTON, FOXX, DUBROW & CANTER, LLP
                               KEVIN P. McNAMARA


                               By:   /S/    Kevin P. McNamara
                                     KEVIN P. McNAMARA
                                     Attorneys for Defendants, RELIANCE
                                     STANDARD LIFE INSURANCE
                                     COMPANY


DATED: March 23, 2009          KLETTER & PERETZ
                               CARY S. KLETTER


                               By:   /S/    Cary S. Kletter
                                     CARY S. KLETTER
                                     Attorneys for Plaintiff JANET
                                     SHALWITZ


DATED: March 23, 2009          RIMAC MARTIN, P.C.
                               ANNA M. MARTIN


                               By:   /S/    Anna M. Martin
                                     ANNA M. MARTIN
                                     Attorneys for Defendant UNUM LIFE
                                     INSURANCE COMPANY OF
                                     AMERICA

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

1

## <u>ORDER</u>

2

3        Pursuant to the Stipulation of the parties, the above-entitled action is

4   dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

5

6   Dated: _March 26_____ , 2009   _____

7



8                                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\Case\CaseLA\RSL.3350\PLEADINGS\Stip Dismissing Complaint.wpd      -3-                3:08-cv-03672-PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222